**No. 10-6828. In re Terry L. Newman, Petitioner.**

562 U.S. 1001, 131 S. Ct. 550, 178 L. Ed. 2d 409, 2010 U.S. LEXIS 8415.

November 1, 2010. Petition for writ of habeas corpus denied.

**No. 10-6843. In re Clinton Earl Ross, Jr., Petitioner.**

562 U.S. 1001, 131 S. Ct. 551, 178 L. Ed. 2d 409, 2010 U.S. LEXIS 8384.

November 1, 2010. Petition for writ of habeas corpus denied.

**No. 10-6911. In re Lonnie L. Griffin, Petitioner.**

562 U.S. 1001, 131 S. Ct. 551, 178 L. Ed. 2d 409, 2010 U.S. LEXIS 8406.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-322. In re Ade O. Ogunjobi, Petitioner.**

562 U.S. 1001, 131 S. Ct. 528, 178 L. Ed. 2d 409, 2010 U.S. LEXIS 8429.

November 1, 2010. Petition for writ of mandamus denied.

**No. 10-6054. In re Albert Darcy Medina, Petitioner.**

562 U.S. 1001, 131 S. Ct. 512, 178 L. Ed. 2d 409, 2010 U.S. LEXIS 8388,

November 1, 2010. Petition for writ of mandamus denied.

**No. 10-6101. In re Alfredo Sancho, Petitioner.**

562 U.S. 1001, 131 S. Ct. 516, 178 L. Ed. 2d 409, 2010 U.S. LEXIS 8455,

November 1, 2010. Petition for writ of mandamus denied.

**No. 10-6116. In re Caesar White, Jr., Petitioner.**

562 U.S. 1001, 131 S. Ct. 517, 178 L. Ed. 2d 409, 2010 U.S. LEXIS 8448.

November 1, 2010. Petition for writ of mandamus denied.

**No. 10-6240. In re Curtis J. Neeley, Jr., Petitioner.**

562 U.S. 1001, 131 S. Ct. 528, 178 L. Ed. 2d 409, 2010 U.S. LEXIS 8434.

November 1, 2010. Petition for writ of mandamus denied.